### Jim CARROLL and Dianna Carroll, Appellants,

v.

### Rice HOLTZCLAW, Respondent.

### No. WD 39463.

Missouri Court of Appeals, Western District.

Feb. 9, 1988.

Jim and Dianna Carroll, pro se.

J.D. Gorham of McCalley & Gorham, Richmond, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM.

This is an appeal from an order of the circuit court dismissing appellants' case with prejudice.

Judgment affirmed. Rule 84.16(b).

### In the Interest of B.B.

### JUVENILE OFFICER, Respondent,

v.

### B.H. (Natural Mother), Appellant.

### No. WD 39546.

Missouri Court of Appeals, Western District.

Feb. 9, 1988.

K. Louis Caskey, Kansas City, for appellant.

Audrey J. Bimby, Kansas City, for respondent Juvenile Officer.

Molly Sammler, Kansas City, guardian ad litem.

Before COVINGTON, P.J., and SHANGLER and PRITCHARD, JJ.

## ORDER

PER CURIAM:

Appeal from an order of the circuit court terminating parental rights.

Judgment affirmed. Rule 84.16(b).